```
EDWARD H. KUBO, JR.           #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON             #4532
Chief, Violent Crimes

WES R. PORTER                 #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:     440-9248
facsimile:     541-2958
e-mail:        wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 29 2004

at 3 o'clock and 10 min___M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ERNESTO C. VILLARUZ, JR., ) <br> ) <br> Defendant. ) <br> ) | CR NO. CR04-00057 HG <br><br> **INDICTMENT** <br><br> [18 U.S.C. § 922(g)(1)] |

**I N D I C T M E N T**
(18 U.S.C. § 922(g)(1))

The Grand Jury charges that:

On or about January 2, 2004, in the District of Hawaii, defendant ERNESTO C. VILLARUZ, JR., having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce ammunition, to

wit: CCI caliber .38 Special ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: January 29, 2004 at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crimes

_____
WES REBER PORTER
Assistant U.S. Attorney

United States v. ERNESTO C. VILLARUZ, JR.
Cr. No.
"INDICTMENT"

2