PTS
PO
UM
(2)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | MAG 04-00029KSC |
| --- | --- | --- |
| Plaintiff(s), | ) | CR 04-0057 HG |
| vs. | ) | |
| Ernest Catalo Villaruz Jr., | ) | |
| Defendant(s). | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 29 2004

at 11 o'clock and 05 min. AM
WALTER A.Y.H. CHINN, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Kevin S. C. Chang United States Magistrate Judge in the above-entitled case, Passport Number 120157981 issued at Honolulu, HI, on August 06, 1991 to the above-named defendant, was surrendered to the custody of the Clerk of court on January 29, 2004 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:     October 08, 1969

Place of Birth:    Phillipines

Dated at Honolulu, Hawaii on January 29, 2004.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 21 2007

at 11 o'clock and 20 min A M
SUE BEITIA, CLERK

WALTER A.Y.H. CHINN, Clerk

By: _____
    Deputy Clerk

This will acknowledge receipt of Passport Number _____ previously surrendered to the Court pursuant to a prior Order of Court.

Date: 5/21/07            Signature: _____
                                    Owner of Passport